In the Matter of MURRAY LANDSMAN, an Attorney, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, March 26, 1987

### APPEARANCES OF COUNSEL

*Michael A. Gentile* for petitioner.

No appearance on behalf of respondent.

### OPINION OF THE COURT

Per Curiam.

The Departmental Disciplinary Committee for the First Department has moved to strike respondent's name from the roll of attorneys and counselors-at-law pursuant to Judiciary Law § 90 (4) (b).

Respondent was admitted to practice in the Second Department on October 17, 1962.

Respondent was convicted, after a jury trial, in the Supreme Court, Westchester County (Lawrence Martin, J.), on October 2, 1986 of one count of offering a false instrument for filing in the first degree (Penal Law § 175.35), a class E felony, and two counts of perjury in the first degree (Penal Law § 210.15), a class D felony.

A certified copy of the disposition has been presented to this court. (Judiciary Law § 90 [4] [b].) Upon his conviction, respondent ceased to be an attorney or counselor-at-law. (Judiciary Law § 90 [4] [a].)

Accordingly, the petition should be granted and respondent's name stricken from the roll of attorneys and counselors-at-law.

KUPFERMAN, J. P., ROSS, ROSENBERGER, ELLERIN and WALLACH, JJ., concur.

Respondent's name is stricken from the roll of attorneys and counselors-at-law in the State of New York, effective March 26, 1987.